STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd. Room 6100
P.O. Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLAUDIO CARL MOLINA, ) <br> ) <br> Defendant. ) <br> ) | CR. NO. CR00-00027 SOM <br><br> INDICTMENT <br> [18 U.S.C. § 2113(a)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about December 29, 1999, in the District of Hawaii, defendant CLAUDIO CARL MOLINA, did by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of American Savings Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 2

The Grand Jury Further Charges:

On or about January 3, 2000, in the District of Hawaii, defendant CLAUDIO CARL MOLINA, did by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of Bank of Hawaii, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: Jan-19, 2000, Honolulu, Hawaii.

A TRUE BILL

/s/

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
Assistant U.S. Attorney

United States v. Claudio Carl Molina
Cr. No.
"Indictment"